UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROBERT LEROY McCOY            CIVIL ACTION NO. 08-cv-1918

VERSUS            JUDGE HICKS

CRAIG STOKES, ET AL            MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

Plaintiff has filed written objections to the Report and Recommendation of the magistrate Judge previously filed herein. These objections and the affidavits supporting them are in large part irrelevant to the case at hand in that they complain of a failure to file criminal actions against various officers as well as perceived injustices in Plaintiff's criminal trial. What statements are relevant to this case merely recount his previous arguments made to the Magistrate and are conclusory at best. The objections give no additional information nor lend themselves to a separate response by this Court.

Therefore, for the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 24)** is **granted**, dismissing all of Plaintiff's claims.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion for Preliminary Injunction**

**(Doc. 31)** is **denied as moot**.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 21)** is **denied as moot**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day January, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE